COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:         01-18-00630-CV

Style:                George  Wood v. Matthew D. Wiggins, Jr.

Date motion filed:    September 6, 2018

Type of Motion:       Objection to Mediation

Party filing motion:  Appellant


It is **ordered** that Appellants objection to mediation is granted.  We withdraw our Mediation Order dated August 28, 2018.

Judge's signature: /s/ Laura C. Higley
                 x  Acting individually     ○  Acting for the Court

                 Panel consists of

Date: September 12, 2018

---

\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).